UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DUANE L. HARPER,

    Plaintiff,

                                    Civil No. 08-283-HA

    v.

                                    JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated this __10__ day of November, 2008.

                                                /s/ ANCER L. HAGGERTY
                                               ANCER L. HAGGERTY
                                       UNITED STATES DISTRICT JUDGE