FILED'08 DEC 10 11:19 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DUANE L. HARPER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CV# 08-283-HA

ORDER FOR STIPULATED
FEES, COSTS AND EXPENSES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,220.07 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $15.40 in costs and $32.46 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this 10 day of Dec, 2008

_____
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff